## J. R. Watkins Company, Appellee, v. Roland Salyers, Appellant.

Gen. No. 9,384.

opinion filed May 27, 1943. Dwight H. Doss, for appellant; N. E. Hutson, for appellee. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."

## William B. Carr, Appellee, v. Ralph Blackstock, Appellant.
## Ralph Blackstock et al., Appellants, v. William B. Carr, Appellee.

Gen. No. 9,371.

opinion filed May 27, 1943. Carson & Appleman, for appellants; A. J. B. Showalter, for appellee. Opinion by JUSTICE HAYES. "Not to be published in full."